### Eddie Lee MITCHELL

v.

### ALABAMA BD. OF PARDONS & PAROLES

**CR-14-0065**

Court of Criminal Appeals of Alabama.

03/06/2015

Reh. denied 03/27/2015

Affirmed

■

### Chris Gene SCOTT

v.

### STATE

**CR-14-0067**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

■

### Ralph WEST

v.

### STATE

**CR-14-0071**

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 02/13/2015

Affirmed

■

### Darryl Thomas MAYS, Jr.

v.

### STATE

**CR-14-0072**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed